IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH J. TAGGART, *Pro Se* :
:
          Plaintiff  :   Civil Action No. 12-CV-0415
:
v. :
:
U.S. DEPARTMENT OF HOUSING :
AND URBAN DEVELOPMENT, *et al.* :
:
          Defendants  :

## ORDER

And now, this 16th day of July, 2012, upon consideration of the federal defendants' Motion to Have this Case Proceed Against the Federal Defendants, and any response filed thereto, it is hereby

## ORDERED

that the case shall proceed against the federal defendants.

BY THE COURT:

_____
HONORABLE J. WILLIAM DITTER, JR.
*Senior Judge, United States District Court*