IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH J. TAGGART | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GMAC MORTGAGE, LLC, et al. | : | NO. 12-CV-0415 |

**O R D E R**

AND NOW, this 21st of March, 2013, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel, who recently entered his appearance in this case, shall review the case file and evaluate all pending motions, including those filed by plaintiff when representing himself *pro se*, to determine their merit. Additionally, counsel for plaintiff and the United States shall confer and discuss possible resolution of any pending motions within the next two weeks.

2. A telephone conference is scheduled for Wednesday, April 3, 2013, at 11:00 a.m., for a status update. Plaintiff's counsel shall initiate the conference call.

3. Counsel are reminded of my availability by telephone should any problems arise and are instructed not to file anything without calling me first.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.