IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH J. TAGGART | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| GMAC MORTGAGE, LLC, et al. | : | NO. 12-CV-0415 |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 12th day of August, 2013, IT IS HEREBY ORDERED that the defendants' motion for summary judgment (Dkt. 22)[1] is GRANTED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.

---

[1] The federal defendants filed a motion to dismiss plaintiff's remaining claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. 22. Pursuant to Rule 12(d), I converted the federal defendants' motion to dismiss to a motion for summary judgment. *See* Dkt. 51.