IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH J. TAGGART                    :                    CIVIL ACTION
                        Plaintiff      :
                    v.                 :
                                       :
GMAC MORTGAGE, LLC, et al.            :                    NO. 12-CV-0415
                                       :
                        Defendants     :

## CIVIL JUDGMENT

AND NOW, this 12th day of August, 2013, in accordance with the opinion and order

delivered this day,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the

defendants, United States of America, the Department of Housing and Urban Development, and

the Federal Housing Administration, and against the plaintiff, Kenneth J. Taggart.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.